**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BRM TRADES, LLC,

                Plaintiff,

-against-                                    21 **CIVIL** 7151 (VB)

                                                    **JUDGMENT**

ALL-WAYS FORWARDING INT'L, INC., and
DRE HEALTH CORPORATION,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2022, the motions to dismiss are GRANTED IN PART and DENIED IN PART. All-Ways's motion to compel arbitration is GRANTED. BRM and All-Ways are ORDERED to arbitrate their dispute pursuant to the Bill of Lading. DRE's motion to dismiss in favor of the Missouri Action is GRANTED. The motions to dismiss are otherwise DENIED; accordingly, the case is administratively closed, without prejudice to either BRM or All-Ways moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

**Dated:** New York, New York

       July 18, 2022

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                        **BY:**          *K. Mango*
                                                          **Deputy Clerk**